**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1785**

---

TODD OUELLETTE,

Plaintiff - Appellant,

versus

GEORGE TOBOLOVSKY; BLOCKBUSTER VIDEO; DAVE
PAULEY; TERRI NELSON; CHRIS COOPER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-99-307-A)

---

Submitted:  August 19, 1999          Decided:  August 25, 1999

---

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Todd Ouellette, Appellant Pro Se.  Paul James Kennedy, Nancy North Delogu, LITTLER MEDELSON, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Todd Ouellette appeals the district court's order dismissing his action filed under the Americans with Disabilities Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ouellette v. Tobolovsky, No. CA-99-307-A (E.D. Va. May 10, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 7, 1999, the district court's records show that it was entered on the docket sheet on May 10, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986) (1994).